IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION
Civil Action No.: 1:22-CV-00451-LCB-LPA

| | |
|---|---|
| MARAIM RIVERA, individually, and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **AFFIDAVIT OF SERVICE** |
| CAPITAL LINK MANAGEMENT, LLC, ) ) | |
| Defendant. ) ) | |

I certify that a copy of the Civil Cover Sheet, Summons Class Action Complaint, Notice of Rights to Consent to Jurisdiction of a Magistrate Judge and Consent Form were deposited in the post office for mailing to the Defendant, Capital Link Management, LLC, via their registered agent by way of certified mail, return receipt requested, and that said copy was in fact received by the Defendant, Capital Link Management, LLC, on the corresponding date as evidenced by the attached return receipt.

FURTHER, THE AFFIANT SAYETH NOT.

This the 30th day of June, 2022.

By: _____
MATTHEW R. GAMBALE

NORTH CAROLINA
WAKE COUNTY

Sworn to and subscribed before me, this the 30th day of June, 2022.

_____
NOTARY PUBLIC
WILLIAM P. STANLEY
Printed Name

My Commission Expires: 12/12/26



