# United States District Court

Middle District of North Carolina
324 West Market Street
Greensboro, North Carolina 27402

July 19, 2022

John S. Brubaker, Clerk

CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6000

Mohammed Badwan
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Ave., Suite 200
Lombard, IL 60148

Matthew Ryan Gambale
OSBORN GAMBALE BECKLEY & BUDD PLLC
721 W. Morgan St
Raleigh, NC 27603

      Re: Rivera v. Capital Link Management, LLC
      Case No.: 1:22cv451

Dear Counsel:

      Our docket reflects that an answer was due from Defendant Capital Link Management, LLC on July 12, 2022. To date an answer has not been filed by Defendant Capital Link Management, LLC and the court has not received any correspondence from you.
      Within 10 days of the receipt of this letter, please advise me in writing how you wish to proceed with this action.

      Sincerely,

      JOHN S. BRUBAKER, CLERK

      By: /s/ Debbie Blay_____
      Case Manager

db