UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MARAIM RIVERA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL LINK MANAGEMENT, LLC<br><br>Defendant. | Case No. 22-cv-00451 |

## ENTRY OF DEFAULT

This matter comes before the undersigned Clerk of Court upon Plaintiff's Motion for Entry of Default filed on August 18, 2022.

It appears that Defendant CAPITAL LINK MANAGEMENT, LLC was served the summons and complaint on June 16, 2022 and has not filed an answer or responsive pleading. It further appears that Defendant is subject to default as provided by Rule 55 of the Federal Rules of Civil Procedure.

THEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, default is hereby entered against Defendant CAPITAL LINK MANAGEMENT, LLC.

This the 19th day of August, 2022.

                                                  /s/ John S. Brubaker
                                                     Clerk of Court