IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MARAIM RIVERA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL LINK MANAGEMENT, LLC<br><br>Defendant. | 1:22CV451 |

## **DEFAULT JUDGMENT ORDER**

This matter is before the Court on the Motion for Default Judgment. (ECF No. 11.) Plaintiff is seeking a default judgment against Defendant pursuant to Fed. R. Civ. P. 55(b)(1) as Plaintiff's claim is for a sum certain or a sum that can be made certain by computation.

On June 15, 2022, Plaintiff filed the instant action for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq. Defendant was duly served on June 21, 2022, (ECF No. 6), and has failed to appear or file a responsive pleading. On August 19, 2022, a Clerk's Entry of Default was entered pursuant to Fed. R. Civ. P. 55(a). (ECF No. 10).

Pursuant to the FDCPA, a prevailing Plaintiff is entitled to (1) actual damages; (2) statutory damages of up to $1,000; (3) and an award of reasonable attorney's fees and costs. See 15 U.S.C. §§1692k(a)(1), 1692k(a)(2)(A), and 1692k(a)(3). In addition, Plaintiff is entitled to her attorney's fees in the amount of $5,130.00 and costs in the amount of $402.00.

Based on the representations in Plaintiff's motion and for good cause shown,

**IT IS ORDERED AND ADJUDGED** that judgment is hereby entered against Defendant and in favor of Plaintiff in the total amount of **$6,532.00**, broken down as follows:

1. $1,000 in statutory damages pursuant to the Fair Debt Collection Practices Act.

2. $5,130.00 in attorney's fees; and

3. $402.00 in costs.

This, the 15th day of August 2023.

/s/ Loretta C. Biggs
United States District Judge